

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2019

No. 04-16-00622-CR

Antonio **TORRES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0934
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Our opinion in this appeal issued November 29, 2017, and our mandate issued February 8, 2018. Accordingly, we no longer have plenary power over this appeal. *See* Tex. R. App. P. 19.1. In his motion, appellant asks that we "compel" his former trial counsel to turn over to him documents relating to his case. We recognize that after our plenary power expires, we may take certain actions. *See id.* R. 19.3 (setting out actions court of appeals may take after plenary power expires). However, the relief requested by appellant is not one we may take pursuant to Rule 19.3. *See id.* Accordingly, we **DENY** appellant's pro se "Motion for Extension/Motion to Compel."

We **order** the clerk of this court to serve a copy of this order on appellant, attorney Joanne Eakle, and all other counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court